# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MARIO ALBERTO BANEYAS-JAEN,<br><br>        Plaintiff,<br><br>v.<br><br>SECRETARY HOMELAND SECURITY, et al.,<br><br>        Defendants. | Civil No. 18-2705 (JRT/BRT)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

---

Mario Alberto Baneyas-Jaen, A 094-336-420, Freeborn County Adult Detention Center, P.O. Box 170, Albert Lea, MN 56007, *pro se* plaintiff.

Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendants.

Magistrate Judge Becky R. Thorson filed a Report and Recommendation on January 4, 2019 (Docket No. 12). No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner's Petition for a Writ of Habeas Corpus (Docket No. 1) is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

| | |
|---|---|
| Dated: February 11, 2019<br>at Minneapolis, Minnesota | s/John R. Tunheim<br>JOHN R. TUNHEIM<br>Chief Judge<br>United States District Court |